# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROYCE BROWN

NO. 2024 KW 0646

**SEPTEMEBER 9, 2024**

---

In Re:   Royce Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03198.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT.**  We are advised by the office of the Clerk of Court of East Baton Rouge Parish that the **Boykin** and sentencing transcript at issue was mailed to relator on August 15, 2024.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT